Form 4-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Center for Biological Diversity, Animal Welfare Institute, and Natural Resources Defense Council, Inc.<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Deb Haaland, in her official capacity as Secretary of the U.S. Department of the Interior, and U.S. Department of the Interior,<br><br>　　　　　　　　　Defendants. | **SUMMONS**<br><br>Case No: 1:22-cv-339 |

**TO:**   The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiffs' attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

Name, Address, Telephone Number and E-mail Address of Plaintiffs' Attorney

s/ Sarah Uhlemann
_____
Signature of Plaintiffs' Attorney

Sarah Uhlemann
Center for Biological Diversity
1037 NE 65th Street, #128
Seattle, WA 98115-6655
(206) 327-2344
suhlemann@biologicaldiversity.org

December 14, 2022
_____
Date

\* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)