IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, *et al.*, <br><br> Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) Court No. 1:22-cv-00339 |

**JOINT MOTION FOR STAY**

For the reasons stated below, the parties respectfully request that the Court stay all deadlines in this action pending the satisfaction of the terms of the executed settlement agreement attached to this joint motion.  *See* Settlement Agreement dated April 6, 2023 (attached as Ex. 1) (Agreement).

Upon defendants' timely performance of the commitments in paragraph 11 of the Agreement, plaintiffs have agreed to join with the United States in stipulating to the dismissal of this action with prejudice.

The parties anticipate that the dispute giving rise to this litigation will be fully resolved no later than June 3, 2023, without the need for action from this Court.  The parties intend to file on or before Monday, June 12, 2023, a stipulation voluntarily dismissing the action or a joint status report proposing next steps, as appropriate.

Accordingly, we respectfully request that the Court stay all deadlines in this action to allow the parties to satisfy the terms of the Agreement.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. MCCARTHY<br>Director |
| /s/Sarah Uhlemann | /s/L. Misha Preheim |
| Sarah Uhlemann<br>Tanya M. Sanerib<br>Center for Biological Diversity<br>1037 NE 65th Street, #128<br>Seattle, WA 98115<br>(206) 327-2344<br>(206) 379-7363<br>suhlemann@biologicaldiversity.org<br>tsanerib@biologicaldiversity.org | L. MISHA PREHEIM<br>Assistant Director<br><br>/s/Agatha Koprowski<br>AGATHA KOPROWSKI<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division P.O. Box 480, Ben Franklin Station Washington, D.C. 20044<br>Tel: (202) 507-6081<br>Email: agatha.koprowski@usdoj.gov |
| *Attorneys for Plaintiffs*<br>April 7, 2023 | *Attorneys for Defendants* |