UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ANIMAL WELFARE INSTITUTE, and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SECRETARY DEB HAALAND, in her official capacity, and UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br> Defendants. | Before: Judge Gary S. Katzmann <br> Court No. 22-00339 |

## ORDER

The parties in the above-captioned matter executed a Settlement Agreement on April 6, 2023, and filed a Joint Motion for Stay on April 7, 2023. See Joint Mot. for Stay at 1, Apr. 7, 2023, ECF No. 12. Paragraph 11 of the Settlement Agreement requires Defendants (1) to "conclude, and reach a decision with respect to, [the Department of the] Interior's Pelly Amendment investigation by either certifying or not certifying that nationals of Mexico are engaging in trade or taking which diminishes the effectiveness of [the Convention on International Trade in Endangered Species of Wild Fauna and Flora]" on or before May 19, 2023; and (2) to "provide, on behalf of the Secretary [of the Department of the Interior], a substantive response to the 'Petition' in writing and conveyed via electronic mail within 15 days of the decision." Id., Ex. 1 ¶ 11. "The 'Petition' states that illegal trade in totoaba swim bladders has led to illegal fishing that threatens the continued existence of both the totoaba and the vaquita, a critically endangered species of porpoise that is endemic only to the Upper Gulf of California, where totoaba are unlawfully harvested." Id., Ex. 1 ¶ 3. The parties request "that the court stay all deadlines in the

above-captioned litigation," and Plaintiffs "agree to join with the United States in stipulating to the dismissal of this lawsuit with prejudice" upon Defendants' "timely performance of the commitments in Paragraph 11." Id., Ex. 1 ¶¶ 11–12.  The Court takes note of the parties' intentions to satisfy the terms of the Settlement Agreement and "to file on or before Monday, June 12, 2023, a stipulation voluntarily dismissing the action or a joint status report proposing next steps, as appropriate." Id. at 1.  It is hereby:

**ORDERED** that the Joint Motion to Stay is **GRANTED**; and it is further

**ORDERED** that on or before Monday, June 12, 2023, the parties file a stipulation voluntarily dismissing the action or a joint status report proposing next steps; and it is further

**ORDERED** that the status conference that was scheduled for April 27, 2023, see Order at 2, Mar. 21, 2023, ECF No. 11, is rescheduled to Monday, June 12, 2023, at 11:30 am ET and will be held virtually.

/s/     Gary S. Katzmann
                                                                                                     Judge

Dated: April 7, 2023
       New York, New York