IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND, *et al.*, <br><br> Defendants, | Court No. 1:22-cv-00339 <br> Judge Katzmann |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

In accordance with Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, the plaintiffs, Center for Biological Diversity, Natural Resources Defense Council, and Animal Welfare Institute, and the defendants, the United States Department of the Interior and Debra Haaland in her official capacity as Secretary of the United States Department of the Interior, hereby stipulate to a voluntary dismissal with prejudice of all claims in this action with each party to bear their own fees and costs.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

| | |
|---|---|
| /s/ Sarah Uhlemann | /s/L. Misha Preheim |
| Sarah Uhlemann | L. MISHA PREHEIM |
| Tanya M. Sanerib | Assistant Director |
| Center for Biological Diversity | |
| 1037 NE 65th Street, #128 | |
| Seattle, WA 98115 | /s/Agatha Koprowski |
| (206) 327-2344 | AGATHA KOPROWSKI |
| (206) 379-7363 | Trial Attorney |
| suhlemann@biologicaldiversity.org | U.S. Department of Justice |
| tsanerib@biologicaldiversity.org | Civil Division P.O. Box 480, Ben Franklin Station Washington, D.C. 20044 |
| | Tel: (202) 507-6081 |
| | Email: agatha.koprowski@usdoj.gov |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

June 2, 2023